FILED

John C. Pangourelias, Pro Se
9530 Gray Fox Lane
Port Richey, FL
34668

2018 MAR 29  AM 11: 27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| John C. Pangourelias,<br><br>  Plaintiff,<br><br>vs.<br><br>CRYPTO WORLD JOURNAL, INC, a<br><br>Delaware Corporation;<br><br>  Defendant | Case No: 8:18cv 745T23AEP<br><br>**COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND CANCELLATION OF REGISTRATION FOR VIOLATION OF 15 USC 1125(a) AND RELATED CLAIMS** |

Plaintiff, John C. Pangourelias, Pro Se, by way of Complaint against defendant, alleges as follows:

### I.  PARTIES

1  Plaintiff is a sole proprietor residing in Pasco County, Florida, doing business in The United States and abroad, under the assumed name Blockchain Nation.

2  Plaintiff sells clothing and accessories related to cryptocurrency and or blockchain technology and similar or related interests, bearing the trademark Blockchain Nation, by means of the website www.theblockchainnation.com.

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND CANCELLATION OF

REGISTRATION FOR VIOLATION OF 15 USC 1125(a) AND RELATED CLAIMS - 1

TRA - 49704
$400

3   Defendant CRYPTO WORLD JOURNAL, INC is a Delaware Corporation in Kent County Delaware. Defendant is an online media outlet that publishes news related to cryptocurrency and or blockchain technology and similar or related interests by means of the website www.cryptoworldjournal.com.

4   Defendant is organizing and advertising a conference by the name of Blockchain Nation Miami and Blockchain Nation Conference, scheduled for April 25th and 26th 2018 at Kovens Conference Center in Miami, Fl and is promoting this conference on the website www.bcnation.com and www.cryptoworldjournal.com, and is selling registration on the website www.bcnation.com.

## II.   JURISDICTION AND VENUE

1   Plaintiff realleges all preceding allegations.

2   This is an action for violation of 15 USC 1125 and related claims. The course, scope, and furtherance of violations and related claims involved the acts and conduct hereinafter alleged.

3   This court has jurisdiction of this action under 15 USC 1121(a) and 28 USC 1338

4   Venue is proper in this district under 28 USC 1391 on the basis that the Plaintiff resides in this district, most advertising and promoting or the trademark Blockchain Nation originates from this district, resulting in a substantial part of the events giving rise to these claims occurring in this district.

5   Venue is proper in this district under 28 USC 1391 on the

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND CANCELLATION OF REGISTRATION FOR VIOLATION OF 15 USC 1125(a) AND RELATED CLAIMS - 2

basis that the conference, event, or service in question being offered by the defendant is attended, provided, or rendered wholly in the state of Florida, with the possible exception of any ancillary distributions or provisions of service such as live streams, video distributions of the event, etc. giving overwhelmingly sufficient support of specific jurisdiction and minimum contact within the state of Florida.

6   The intent of 28 USC 1391(b) is generally understood to protect the defendant from an unfair or inconvenient place of trial. Considering the facts listed herein, this venue would not be unfair or inconvenient to the defendant due to the close proximity of this venue to the conference the defendant is organizing, and the fact that this district is closer to the defendant's residence (and thereby likely cheaper to travel to) than the location of the conference in question.

### III.   OPERATIVE FACTS

1   Plaintiff realleges all preceding allegations.

2   Plaintiff has, as early as 11/13/2017 used social media such as Facebook and Instagram to promote the brand Blockchain Nation as a clothing brand related to cryptocurrency and or blockchain technology and similar or related interests.

3   Plaintiff has owned and operated the domain www.theblockchainnation.com since 11/26/2017

4   Plaintiff has used the trademark Blockchain Nation in connection with goods in public paid advertising seen by many local, national and international individuals as early as 11/26/2017. Advertising analytics from www.facebook.com show that over 50,000 people have seen advertisements for the brand on www.facebook.com alone.

5    Plaintiff has used the trademark Blockchain Nation on goods in commerce as early as 11/26/2017 by means of purchase on the website www.theblockchainnation.com and as such has common law rights to the trademark Blockchain Nation .

6    On 02/01/2018 the Defendant applied for registration of the service mark "Blockchain Nation" with the United States Patent and Trademark Office. On the application publicly visible upon searching the USPTO website, Crypto World Journal, Inc claims first use in commerce on 01/31/2018 and first use anywhere on 01/31/2018. This puts crypto World Journal, Inc's first use anywhere more than 2 months after the plaintiff's first use of the mark in commerce.

7    In the beginning of March 2018 the plaintiff, while promoting the brand Blockchain Nation on the internet using #blockchainnation, discovered that the defendant was also using #blockchainnation on the internet to promote the defendant's conference, Blockchain Nation Miami. When using a # sign in front of a word on most social media websites it becomes a clickable link that redirects users to all other uses of that word or phrase preceded by the # sign and any related media. Defendant's use of #blockchainnation in correlation to defendant's conference or promotional material thereof is likely to cause confusion as described in 15 USC 1125.

8    Defendant has registered the domain www.bcnation.com and is promoting the conference and selling registration for it on the website www.bcnation.com which is likely to cause confusion as described in 15 USC 1125 because of the similarity of the domain name to the plaintiffs domain name and trademark.

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND CANCELLATION OF REGISTRATION FOR VIOLATION OF 15 USC 1125(a) AND RELATED CLAIMS - 4

    9    The website www.bcnation.com (the principle place of purchasing registration) contains multiple uses of the trademark Blockchain Nation including identifying the conference as "Blockchain Nation Miami" and "Blockchain Nation Conference" which is likely to cause confusion as described in 15 USC 1125

    10    The website www.cryptoworldjournal.com contains multiple links to www.bcnation.com, encouragements to register there, and other uses of the trade mark Blockchain Nation and is likely to cause confusion as described in 15 USC 1125.

    11    Defendant is promoting the conference on social media via posts, videos, pictures, and by using the phrase #blockchainnation. Due to the network effect of social media websites it is likely that the public has been and/or will be caused confusion as described in 15 USC 1125.

    12    On 3/06/2018 Plaintiff found that Defendant's Instagram account, cryptoworldjournal, was "following" the Plaintiffs Instagram account, Blockchainnation, which displayed, quite visibly, promotional material having the mark Blockchain Nation affixed to products being offered for sale, and the promotional material being dated as early as 11/26/2017. Due to the relatively small following that the Instagram account cryptoworldjournal has (following 186 other acocunts at the time), it is unlikely that Defendant was unaware of Plaintiff's use of the trademark Blockchain Nation, especially considering the Plaintiff used the mark in the name of the Instagram account (one would not even have to click on the account link to see the mark in use). These facts show that the Defendant was willfully infringing on the Plaintiffs senior, common law right to the trademark Blockchain Nation and/or willfully violating 15 USC 1125(a) by using the mark, in absence of good faith, in a manner which was likely to cause confusion, to

cause mistake, or to deceive as to the affiliation, connection, or association of the Defendant with the Plaintiff, or as to the origin, sponsorship, or approval of the Defendants services or commercial activities.

13  Upon discovery of the Defendant's actions and after careful research to ensure actual first use, Plaintiff contacted the Defendant via email at newsdesk@cryptoworldjournal.com on 03/20/2018 to explain the circumstances, clarify the dates relating to Plaintiffs first use, and to express Plaintiffs intent to resolve the matter with as little negative effect on either party, the trade mark, and the industry as a whole. A formal cease and desist letter containing important information was also attached to the email and mentioned.

14  Defendant responded the same day on 03/20/2018 via rich@cryptoworldjournal.com with a short reply falsely claiming that Blockchain Nation is a registered trademark (registration has only been applied for at this time) with the USPTO since before the registration of Plaintiff's website (Plaintiff's website registration precedes defendant's application by more than 2 months).

15  Plaintiff responded directly to rich@cryptoworldjournal.com the same day on 03/20/2018 and advised the Defendant to read the cease and desist letter and attempted to clarify the false claims regarding the trademark.

16  No reply was heard from Defendant so Plaintiff sent another email to rich@cryptoworldjournal.com on 03/23/2018 emphasizing Plaintiff's desire to resolve the matter in a way that would not have any negative effect on Crypto World Journal, Inc. Plaintiff informed Defendant that if no effort was made to begin a discussion to resolve the matter by 03/26/2018 further legal action would be taken.

17   The Plaintiff received no other responses from the Defendant. This further shows that the Defendant has been aware of the Plaintiffs senior use of the trademark Blockchain Nation and that the defendant has made no effort to take the matter seriously, resolve the matter, or cease to use the mark Blockchain Nation. These facts further demonstrate the Defendants willful infringement on the Plaintiffs senior, common law right to the trademark Blockchain Nation, and/or the Defendants Willful violation of 15 USC 1125(a) by using the mark Blockchain Nation, in absence of good faith, in a manner which was likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of the Defendant with the Plaintiff, or as to the origin, sponsorship, or approval of the Defendants services or commercial activities.

### IV.   FIRST CLAIM FOR RELIEF – VIOLATION OF 15 USC 1125(a)

1   Plaintiff realleges all preceding allegations

2   Defendant has violated 15 USC 1125(a) in that Defendant has used in commerce and in connection with the Defendants services, the trademark Blockchain Nation which represents a false designation of origin, and or false or misleading description of fact, and or false or misleading representation of fact, which is likely to cause confusion, or cause mistake, or deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendants services or commercial activities.

3   Plaintiff is entitled to injunctive relief under 15 USC 1116.

## V. SECOND CLAIM FOR RELIEF – WILLFUL VIOLATION OF 15 USC 1125(a)

1  Plaintiff realleges all preceding allegations

2  Defendant has willfully violated 15 USC 1125(a) by having used in commerce and in connection with the Defendants services, in absence of good faith, the trademark Blockchain Nation which represents a false designation of origin, and or false or misleading description of fact, and or false or misleading representation of fact, which is likely to cause confusion, or cause mistake, or deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendants services or commercial activities.

3  Plaintiff is entitle to recovery of damages from Defendant pursuant to 15 USC 1117(a). Damages include, the actual damages sustained by the Plaintiff, the Defendants profits, and the costs of the action together with the plaintiff's reasonable attorney fees. In the alternative, Plaintiff is entitled to recover damages in such sums as the court may find just according to the circumstances of the case.

## VI. THIRD CLAIM FOR RELIEF – APPLICATION FOR REGISTRATION BY JUNIOR USER OF MARK

1  Plaintiff realleges all preceding allegations.

2  Plaintiff, having first use in commerce of the mark Blockchain Nation, that is senior to the Defendant's use of the mark, has common law ownership of the mark Blockchain Nation, and the right to the registration of the mark Blockchain Nation.

3  Pursuant to 15 USC 1119 the court may determine the right to

registration, order the cancellation of registrations, in whole or in part, and otherwise rectify the records with respect to the registrations of any party to this action. The court is entitled to cancel the application for registration of the service mark "Blockchain Nation" serial number 87780510 by Crypto World Journal, Inc and rectify the record accordingly. The court is entitled to certify a decree or order to the Director, who shall make appropriate entry upon the records of the Patent and Trademark Office, and shall be controlled thereby.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1   That the court enters into judgment in favor of Plaintiff against defendant for claims for relief previously alleged, and grants Plaintiff all forms of relief to which plaintiff is entitled.

2   That the court find the Defendant has violated 15 USC 1125(a)

3   That the court find the Defendant has violated 15 USC 1125(a) willfully and/or in the absence of good faith.

4   That the court grant a preliminary injunction pursuant to 15 USC 1116, preventing Defendant from using the mark Blockchain Nation in any commercial manner and/or in connection with any goods or services.

5   That the court grant a permanent injunction pursuant to 15 USC 1116, preventing Defendant from using the mark Blockchain Nation in any commercial manner and/or in connection with any goods or services.

6   That the court award Plaintiff damages, pursuant to 15 USC 1117,

1 consisting of Defendant's profits, any damages sustained by the Plaintiff, and the cost of the action; that in the alternative the court award damages in such amount as the court in its discretion shall find to be just.

7  That the court finds the Plaintiff's use of the trademark Blockchain Nation to be senior, and the Defendant's application for registration with the United States Patent and Trademark Office to be unsustainable, opposed, or insufficient to be awarded registration.

8  That the court would order the cancellation of application for registration by the Defendant for the service mark "Blockchain Nation" serial number 87780510 and otherwise rectify the register pursuant to 15 USC 1119

9  That the court would award such other and further relief as it deems just and equitable in the premises.

Dated this 29th day of March, 2018

_____
John C. Pangourelias, Pro Se